## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Reginald Brack
       Plaintiff,

v.              Case No.: 1:11–cv–08192
              Honorable Robert M. Dow Jr.

Thomas Dart, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2012:

  MINUTE entry before Honorable Robert M. Dow, Jr: Rule 26(a)(1) initial disclosures to be exchanged by 6/18/2012. Fact discovery to be completed by 11/29/2012. If necessary, any motions to join or to amend will be filed by 7/18/2012. Dispositive motions, if any, to be filed by 1/23/2013. Status hearing set for 11/14/2012 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.